**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ELIJAH JOHNSON, AKA SUGARHILL,

Plaintiff,

-against-

26 **CIVIL** 4162 (LLS)

# JUDGMENT

YONKERS CITY COURT; COUNTY COURT,

Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 29, 2026, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), as barred under the Eleventh Amendment and the Younger abstention doctrine. See 28 U.S.C. § 1915(e)(2)(B)(iii); Fed. R. Civ. P. 12(h)(3). Nothing in the order prevents Plaintiff from filing a petition for habeas corpus under Section 2241 after he has properly exhausted his state court remedies. The Court has declined to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3).

**Dated:** New York, New York

August 5, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**